**Order entered June 10, 2022**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

**No. 05-22-00456-CV**

**IN THE INTEREST OF K.D.S.P., A CHILD**

**On Appeal from the 305th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. JC-20-00042**

**ORDER**

Before the Court is the June 9, 2022 request of Court Reporter Yolanda Atkins for a ten-day extension of time to file the reporter's record. We **GRANT** the request and extend the time to Monday, **June 20, 2022**.

Because this is an accelerated appeal involving the termination of parental rights, we remind both the trial court and Ms. Atkins that it is the responsibility of the court reporter to prepare, certify, and timely file the reporter's record. Accordingly, we caution Ms. Atkins that further extension requests will not be granted.

We **DIRECT** the Clerk of the Court to send copies of this order to the following persons:

The Honorable Cheryl Lee-Shannon
Presiding Judge
305th Judicial District Court

Ms. Yolanda Atkins
P.O. Box 194
DeSoto, Texas 75213

All parties.

/s/    DAVID J. SCHENCK
       JUSTICE